# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

**FILED**
JAMES J. VILT, JR. - CLERK

AUG 25 2023

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Levi Daniel Corporaal
_____
_____
(Full name of the Plaintiff(s) in this action)

v.

NORA JANES
STEPHEN HARMON
DEPUTY STACEY
DEPUTY ZOE MARTINEZ
_____
(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1-23-CV-113-JHM
(To be supplied by the clerk)

( ) DEMAND FOR JURY TRIAL

(X) NO JURY TRIAL DEMAND
(Check only one)

I. **PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Levi Daniel Corporaal

Place of Confinement: Warren County Regional Jail

Address: 920 Kentucky Street, Bowling Green, KY 42101

Status of Plaintiff: CONVICTED (X)   PRETRIAL DETAINEE (___)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____  _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____  _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant __Nora Janes, RN__ is employed as __Medical Team Advisor__ at __Comprehensive Correctional Care__

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant __STEPHON HAMMON__ is employed as __JAILOR__ at __Warren County Regional Jail__

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(3) Defendant __Deputy Stucey__ is employed as __Deputy__ at __Warren County Regional Jail__

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

(4) Defendant __Deputy Fox Martinez__ is employed as __WCRJ-Deputy__ at __WCRJ__

The Defendant is being sued in his/her (__) individual and/or (X) official capacity.

2

7

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

8

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I was denied proper medical attention and subjected to cruel and unusual punishment by being required to work in the Warren County Jail kitchen on a broken ankle without a cast or pain medication from approximately 7/03/2023 - 7/18/2023. FURTHERMORE, MY PSYCHOLOGICAL NEEDS WERE ALSO NEGLECTED.

On or around 06/26/2023 I hurt my ankle playing basketball. I was seen by the nurse 2 days later who said it was only a sprain and was given an ace bandage and Ibuprofin for 3 days. On day 4 I asked for more Ibuprofin and was rejected. I was told to fill out a medical request, which I did. I was never called back by the nurse and I continuously complained about my ankle every day to each Deputy that walked me to the kitchen and each nurse I saw in passing. I also put in 2 more med requests and was still not called to

4

## III. STATEMENT OF CLAIM(S) continued

the nurses station. Later I found out that Deputy Zoe Martinez called me for a nurse visit but I was working and was not brought to the nurse. When I told Martinez it was for my ankle she said she was "so sorry, she didn't know" and told I needed to fill out another med request. That evening, I came down to medpass to complain about the missed sick call and was told to fill out another med request and denied Ibuprofin. I asked Deputy Stucey if someone could bring my dinner tray and he said "I'm sorry, I know your suffering but you have to come down the steps for head count no matter what" and the repercussions for not going to head count or to work would be termination from Class D and loss of privelages and shipment to another facility. So I went to work every day until I saw the psychE nurse walking through the kitchen and begged for her help. On (7/10/23) she treated me for depression and ordered an X-ray on 7/20/23 on 7/21/23 the nurse practitioner read the results confirming a broken ankle and sent me to Graves-Gilbert Orthopedic on 7/24/23 who ordered an aircast, crutches, Ibuprofin and finally relieved me from work duties.

5

IV. **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

  __X__ award money damages in the amount of $ __100,000__

  _____ grant injunctive relief by _____

  __X__ award punitive damages in the amount of $ __100,000__

  _____ other: _____

V. **DECLARATION UNDER PENALTY OF PERJURY**
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This __21__ day of __August__, 20__23__.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on __8/21/2023__.

_____
(Signature)

LEVI CORPORAAL #107173
920 Kentucky St
Bowling Green, KY 42101

WARREN COUNTY JAIL

UNCENSORED

INMATE MAIL

RECEIVED
JAMES J. VILT, JR. - CLERK
AUG 25 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY



Clerk, United States District Court
241 East Main Street, Suite 120
Bowling Green, KY 42101-2175