# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

**LEVI DANIEL CORPORAAL**                                                                               **PLAINTIFF**

v.                                                       **CIVIL ACTION NO. 1:23-CV-P113-JHM**

**NORA JANES** *et al*.                                                                           **DEFENDANTS**

### ORDER

For the reasons set forth in the Memorandum entered this date, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** that the instant action is **DISMISSED without prejudice** for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date: October 31, 2023

                                                                                        Joseph H. McKinley Jr., Senior Judge
                                                                                             United States District Court

cc: Plaintiff, *pro se*
4414.011